| | |
|---|---|
| **REQUESTOR'S NAME:** | Kian Mottahedeh 247375 |
| **ADDRESS:** | 15760 Ventura Blvd.<br>Suite 1100<br>Encino, CA 91436 |
| **TELEPHONE NO.:** | 818-995-4540 Fax: 818-995-9277 |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re<br><br>Jose Luis Rodriguez<br>Rita Rodriguez | CASE NO.: **6:09-bk-22917**<br><br>CHAPTER: **7**<br><br>☒ DEBTOR'S CHANGE OF ADDRESS<br>☐ CREDITOR'S CHANGE OF ADDRESS<br>**OR**<br>☐ REQUEST FOR NOTICE<br>**CHECK ONLY ONE** |
|---|---|

(Please print or type)

**MUST BE FILED IN DUPLICATE**

NAME: Jose & Rita Rodriguez

NEW MAILING ADDRESS: 39942 Calle Yorba Vista

Murrieta, CA 92562

Dated: **October 20, 2009**

*[Signature]*
Signature

**Nazy Hafezzada, Legal Assistant**
Title (Corporation officer, partner or agent)

**All future notices shall be sent to the above address.**

B-1098 *Revised 12/98*

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Kian Mottahedeh<br>Price Law Group, APC<br>15760 Ventura Blvd.<br>Suite 1100<br>Encino, CA 91436<br>818-995-4540 Fax: 818-995-9277<br>247375<br>☒ Attorney for: _Debtors_ | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>Jose Luis Rodriguez<br>Rita Rodriguez<br>                                        Debtor(s). | CASE NO.:<br>CHAPTER: 7<br>ADV. NO.: |
|---|---|

## ELECTRONIC FILING DECLARATION
### (INDIVIDUAL)

**PART I - DECLARATION OF DEBTOR(S) OR OTHER PARTY**

☐ Petition, statement of affairs, schedules or lists       Date Filed: _____
☐ Amendments to the petition, statement of affairs, schedules or lists       Date Filed: _____
☒ Other: _Notice of Change of Address_       Date Filed: _10/20/09_

I (We), the undersigned Debtor(s) or other party on whose behalf the above-referenced document is being filed (Signing Party), hereby declare under penalty of perjury that: (1) I have read and understand the above-referenced document being filed electronically (Filed Document); (2) the information provided in the Filed Document is true, correct and complete; (3) the "/s/," followed by my name, on the signature line(s) for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature line(s); (4) I have actually signed a true and correct hard copy of the Filed Document in such places and provided the executed hard copy of the Filed Document to my attorney; and (5) I have authorized my attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California. If the Filed Document is a petition, I further declare under penalty of perjury that I have completed and signed a *Statement of Social Security Number(s)* (Form B21) and provided the executed original to my attorney.

/s/ Jose Luis Rodriguez    _Jose Luis Rodriguez_    Date: 10/20/09
Signature of Signing Party
Jose Luis Rodriguez
Printed Name of Signing Party

/s/ Rita Rodriguez    _Rita Rodriguez_    Date: 10/20/09
Signature of Joint Debtor
Rita Rodriguez
Printed Name of Joint Debtor

**PART II - DECLARATION OF ATTORNEY FOR SIGNING PARTY**

I, the undersigned Attorney for the Signing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) the Signing Party signed the *Declaration of Debtor(s)* or *Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature(s) of the Signing Party in the locations that are indicated by "/s/," followed by the Signing Party's name, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration*, the *Declaration of Debtor(s)* or *Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration*, the *Declaration of Debtor(s)* or *Other Party*, and the Filed Document available for review upon request of the Court or other parties. If the Filed Document is a petition, I further declare under penalty of perjury that: (1) the Signing Party completed and signed the *Statement of Social Security Number(s)* (Form B21) before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (2) I shall maintain the executed original of the *Statement of Social Security Number(s)* (Form B21) for a period of five years after the closing of the case in which they are filed; and (3) I shall make the executed original of the *Statement of Social Security Number(s)* (Form B21) available for review upon request of the Court.

/s/ Kian Mottahedeh    _[signature]_    Date: 10/20/09
Signature of Attorney for Signing Party
Kian Mottahedeh 247375
Printed Name of Attorney for Signing Party

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

November 2006
Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

| In re: | CHAPTER: 7 |
|---|---|
| **Jose Luis Rodriguez** <br> **Rita Rodriguez** <br> Debtor(s). | CASE NUMBER: **6:09-bk-22917** |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**15760 Ventura Blvd., Suite 1100
Encino, CA 91436**

The foregoing document described <u>Notice of Change of Address</u>, will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I.** <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**</u> - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On <u>October 20, 2009</u>, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

| | |
|---|---|
| Ch. 7 Trustee: | edansie@hotmail.com |
| U.S. Trustee: | ustpregion16.re.ecf@usdoj.gov |
| Kian Mottahedeh: | notice@pricelawgroup.com |

☐ Service information continued on attached page

**II.** <u>**SERVED BY U.S. MAIL OR OVERNIGHT MAIL (indicate method for each person or entity served)**</u>:
On <u>October 20, 2009</u>, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

**Judge:** Richard M Neiter

3420 Twelfth Street,
Riverside, CA 92501-3819

☐ Service information continued on attached page

**III.** <u>**SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served)**</u>: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **October 20, 2009** | **Nazy Hafezzada** | _/s/ Nazy Hafezzada_ |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009
Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037

F 9013-3.1
Best Case Bankruptcy